Monica S. Call (#11361)
monica.call@stoel.com
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone: (801) 328-3131
Facsimile:  (801) 578-6999

Daren S. Garcia (*pro hac vice application forthcoming*)
dsgarcia@vorys.com
Rodney A. Holaday (*pro hac vice application forthcoming*)
raholaday@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Telephone: (614) 464-8356
Facsimile:  (614) 719-5112

Attorneys for Skullcandy, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKULLCANDY, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROVED SALES NY INC, a New York corporation, DEAL BUSTER INC., a New York corporation, SARA HANDLER, an individual, and ARNOLD HANDLER, an individual, all doing business as "Approved Sales NY" on www.amazon.com, and JOHN DOES 1-100,<br>　　　　　Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No:  2:18-cv-00932-BSJ<br><br>The Honorable Bruce S. Jenkins |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Skullcandy, Inc. ("Skullcandy"), hereby submits this notice of voluntary dismissal without prejudice, dismissing Approved Sales NY Inc., Deal Buster Inc., Sara Handler, and Arnold Handler (the "Defendants") in the above captioned action.  The Defendants have not filed an answer or a motion for summary judgment.  Therefore, Skullcandy may dismiss its claims against the Defendants in this action without stipulation or order of the Court. *See* Fed. R.Civ. P. 41(a)(1)(A)(i).


Dated: February 21, 2019

STOEL RIVES,  LLP


By:  */s/ Monica S. Call*
Monica S. Call

Attorneys for Skullcandy, Inc.